ror coram nobis denied. Present—Scudder, P.J., Smith, Centra, Peradotto and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES J. CARNCROSS, Appellant. [953 NYS2d 180]—Motion for writ of error coram nobis denied. Present—Fahey, J.P., Peradotto, Lindley and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CODY BACKUS, Appellant. [953 NYS2d 180]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Fahey, Carni and Martoche, JJ.)

■ In the Matter of CHARLES K. STODOLKA, Petitioner, v STARPOINT CENTRAL SCHOOL DISTRICT et al., Respondents. [953 NYS2d 180]—Motion for reargument or reconsideration denied. Present—Smith, J.P., Fahey, Peradotto and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS PICHARDO, Appellant. [953 NYS2d 181]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GORDON GROSS, Appellant. (Appeal No. 1.) [951 NYS2d 420]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Carni, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN RIVERA, Appellant. (Appeal No. 2.) [953 NYS2d 181]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Carni, Lindley and Sconiers, JJ.

■ DEBORAH VOSS et al., Doing Business as SERTINO'S CAFÉ and Another, Appellants, v THE NETHERLANDS INSURANCE COMPANY et al., Defendants, and CH INSURANCE BROKERAGE SERVICES, CO., INC., Respondent. [953 NYS2d 179]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Carni and Sconiers, JJ.

■ ROBERT K. MONETTE et al., Respondents, v CHRISTINA L. TRUMMER et al., Appellants, et al., Defendants. (Appeal No. 2.) [953 NYS2d 180]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUANE COBLE, Appellant. [953 NYS2d 180]—Motion for reargument and reconsideration denied. Present—Smith, J.P., Carni, Lindley, Sconiers and Martoche, JJ.